UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Matthew Carl Germer,

Debtor.

Bankruptcy Case No. 17-21647-KHT

Chapter 7

## ORDER FOR STATUS REPORT

THIS MATTER comes before the Court *sua sponte*.  The above-captioned Chapter 7 case was filed December 27, 2017.  In reviewing the record in this case, the Court has determined that there has been no activity since April 2018, and no final report has been filed by the Chapter 7 Trustee. Accordingly, it is

ORDERED that the Chapter 7 Trustee shall file on or before **November 5, 2019**, a Status Report informing the Court of the status of this case and what actions he intends to take to assure that this case is closed promptly.

DATED this 15th day of October, 2019

BY THE COURT:

*/s/ Kimberley H. Tyson*
_____
Kimberley H. Tyson
United States Bankruptcy Judge