## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MATTHEW CARL GERMER | ) | Case No.   17-21647 KHT |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## STATUS REPORT

John C. Smiley, Trustee, and for his written statement advising the Court as to the status of this matter, states as follows:

1.  The Debtor filed for Chapter 7 bankruptcy on December 27, 2017 and John C. Smiley was appointed as interim trustee.

2.  The 341 Meeting was conducted on January 23, 2018.

3.  The Trustee will be returning the funds collected in the estate to the Debtor as there were no creditors that filed a claim.

**DATED** this 22nd day of October, 2019.

Respectfully submitted,

By:      */s/ John C. Smiley*
John C. Smiley, Trustee
600 17th Street, Suite 2800 South
Denver, CO, 80202-5441
Telephone:   (303) 454.0540
Facsimile:   (303) 568-0102
Email: j@smileytrustee.com